IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANICE SMITH THEN<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>SOCIAL SECURITY COMMISSIONER,<br><br>    Defendant. | Civ. No. 3:15-cv-00173-TC<br><br>OPINION and ORDER |

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b)(3). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). See also *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). After review, I find no error in Judge Coffin's Findings and Recommendation and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 22) is ADOPTED in its entirety. Accordingly, the final decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED**. The Clerk of the Court is ordered to enter a judgment dismissing this action.

IT IS SO ORDERED.

DATED this 23rd day of June, 2016.

/s/ **Michael J. McShane**
Michael J. McShane
United States District Judge